# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL ARRINGTON,** | : | |
| Petitioner | : | No. 1:09-cr-0078-9 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 17th day of May 2016, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's motion to vacate (Doc. No. 632), is **DENIED**;

2. Petitioner's discovery motions (Doc. Nos. 655, 658, 659), are **DENIED AS MOOT**;

3. A certificate of appealability shall not issue.

                                                           s/Yvette Kane_____
                                                           Yvette Kane, District Judge
                                                           United States District Court
                                                           Middle District of Pennsylvania