IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ARRINGTON,<br>    Petitioner | :<br>: |
| | :     No. 1:09-cr-78-9 |
| v. | : |
| | :     (Judge Kane) |
| UNITED STATES OF AMERICA,<br>    Respondent | :<br>: |

# ORDER

**AND NOW**, on this 28th day of June 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's motions seeking relief pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (Doc. Nos. 665, 670, 671, 673, 680) are **DENIED**;

2. Petitioner's second motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 677) and motion to amend his previously-filed motion to vacate (Doc. No. 679) are **DENIED WITHOUT PREJUDICE** to Petitioner's right to seek permission from the United States Court of Appeals for the Third Circuit to file a second or successive motion pursuant to § 2255; and

3. Petitioner's motion to appoint a private investigator (Doc. No. 681) and motion for discovery (Doc. No. 685) are **DENIED**.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania